IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA, EX REL.**
**JAMES BRIDGES**                                              **PLAINTIFF**

VS.              CASE NO. 4:07CV01060 BSM

**OMEGA WORLD TRAVEL II, INC.**                                **DEFENDANT**

## ORDER

On May 11, 2009, the Clerk's office received a request from attorney Bettina E. Brownstein requesting fifteen (15) additional days for the defendant, Omega World Travel II, Inc., to respond to plaintiff's amended complaint. This request was made pursuant to Rule 6.2(a) of the Local Rules of the United States District Court for the Eastern District of Arkansas. Accordingly, the request by Omega World Travel II, Inc., (doc. no. 22) is granted and its response to the amended complaint is due May 27, 2009.

IT IS SO ORDERED this 11th day of May, 2009.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: ___/s/ Dennis J. Wysocki___
Chief Deputy of Operations

cc:   Hon. Brian S. Miller
      Betty Tyree
      All Parties