**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, EX REL.** | | |
| **JAMES BRIDGES** | | **PLAINTIFF** |
| **v.** | **NO. 4:07CV0001060 BSM** | |
| **OMEGA WORLD TRAVEL II, INC.** | | **DEFENDANT** |

## ORDER

Pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and for good cause shown, defendant's motion for admission pro hac vice [Doc. No. 26] is granted and Paul T. Gregory is hereby permitted to appear and participate in this action as counsel for defendant.

IT IS SO ORDERED this 19th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE