# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES BRIDGES**                                                                                    **PLAINTIFF**

**v.**                                **CASE NO. 4:07cv01060 BSM**

**OMEGA WORLD TRAVEL, INC.**                                                      **DEFENDANT**

## ORDER

Upon consideration of the stipulation of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), [Doc. No. 68], and the United States' consent to dismissal without prejudice [Doc. No. 70], filed pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1),

It is hereby ORDERED that this action be and hereby is DISMISSED without prejudice as to the United States and DISMISSED with prejudice as to all other parties.

IT IS SO ORDERED this 13th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE